UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:20CR00255 DPM |
| | ) | |
| BRANDALE DEVON ROBINSON | ) | |

**JOINT SENTENCING NOTICE**

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant United States Attorney for said district, and the defendant, Brandale Devon Robinson, through his counsel J. Brooks Wiggins, for their Joint Report, state as follows:

1) The Defense does not intend to call witnesses.
2) The parties estimate that the hearing will take one hour, as the United States does not intend to call witnesses.
3) The United States plans to move for a third point at the time of sentencing.
4) The parties agree that the safety valve does not apply.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: EDWARD O. WALKER
Assistant U. S. Attorney
AR Bar No. 2000076
P. O. Box 1229
Little Rock, AR 72203
501-340-2600
Edward.o.walker@usdoj.gov